PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>FRANCISCO CASTILLO ALCARAZ,<br><br>                              Defendant. | CASE NO.  1:20-CR-00235-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND TO VACATE TRIAL; ORDER<br><br>.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1.      The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Kimberly A. Sanchez, and the defendant Francisco Castillo Alcaraz, by and through his counsel of record, David Torres, hereby stipulate as follows.

2.      The parties have reached a plea agreement in this case.

3.      The case is currently set for a jury trial on August 15, 2023.

4.      The parties ask that the matter as to defendant FRANCISCO CASTILLO ALCARAZ be set for a change of plea before the Honorable Jennifer L. Thurston on August 14, 2023, at 10:00 AM, and that the jury trial set for August 15, 2023 be vacated as to Mr. Castillo Alcaraz.

5.      The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

STIPULATION RE: VACATING TRIAL AND SETTING
CHANGE OF PLEA

1

1          a)   Counsel for the defendant believes that failure to grant the above-requested

2   continuance would deny him the reasonable time necessary for effective preparation, taking into

3   account the exercise of due diligence, including the opportunity to meet with his client and

4   prepare for the change of plea hearing.

5          b)   Based on the above-stated findings, the ends of justice served by continuing the

6   case as requested outweigh the interest of the public and the defendant in a trial within the

7   original date prescribed by the Speedy Trial Act.

8          c)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9   et seq., within which trial must commence, the time period of August 9, 2023, to August 14,

10   2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv)

11   because it results from a continuance granted by the Court at defendant's request on the basis of

12   the Court's finding that the ends of justice served by taking such action outweigh the best interest

13   of the public and the defendant in a speedy trial and because the case is so unusual or so

14   complex, due to the number of defendants, the nature of the prosecution, or the existence of

15   novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial

16   proceedings or for the trial itself within the time limits established by this section. Moreover, the

17   ends of justice served by taking such action outweigh the best interest of the public and the

18   defendant in a speedy trial.  (NOTE:  Time has already been excluded through the currently set

19   trial date, August 15, 2023).

20       6.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

21   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

22   must commence.

23       IT IS SO STIPULATED.

24

25    Dated:  August 9, 2023                  PHILLIP A. TALBERT
                                          United States Attorney

26

27                                         /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant United States Attorney

28

Dated:  August 9, 2023

/s/David Torres
DAVID TORRES
Counsel for Defendant
FRANCISCO CASTILLO ALCARAZ

**ORDER**

IT IS SO ORDERED.

Dated:    **August 10, 2023**

UNITED STATES DISTRICT JUDGE

STIPULATION RE: VACATING TRIAL AND SETTING
CHANGE OF PLEA

3